IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **JERRY WILLIAMS,** | ) |
| | ) |
| **Petitioner,** | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 2:04-CV-3364-RDP |
| | ) |
| **JERRELL FARRELL, WARDEN;** | ) |
| **ATTORNEY GENERAL FOR THE STATE** | ) |
| **OF ALABAMA,** | ) |
| | ) |
| **Respondents.** | ) |

## FINAL JUDGMENT

In conformity with the Memorandum of Opinion filed contemporaneously herewith, it is hereby

**ORDERED**, **ADJUDGED** and **DECREED** that:

(1) petitioner's objections are **OVERRULED**;

(2) the court **ADOPTS** the findings and **ACCEPTS** the recommendation of the magistrate judge;

(3) the petition for writ of habeas corpus is **DENIED**.

**DONE** and **ORDERED** this   21st   day of December, 2005.

_____
**R. DAVID PROCTOR**
UNITED STATES DISTRICT JUDGE